UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMON H. DAVIS, III, <br><br> Petitioner, <br><br> v. <br><br> DAVE DAVEY, <br><br> Respondent. | Case No. SA CV 17-0999 DOC (JCG) <br><br> **ORDER SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE AND DENYING CERTIFICATE OF APPEALABILITY** |

On June 6, 2017, petitioner Relmon H. Davis, III ("Petitioner"), a California prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"). [Dkt. No. 1.] Notably, this is not Petitioner's first federal petition challenging his 2009 state court conviction for assault with a deadly weapon and forcible oral copulation. (*See* Pet. at 2.) Rather, Petitioner also challenged this *same* conviction in 2013 ("2013 Petition"). [*See* C.D. Cal. Case No. SA CV 13-0886 DOC (JCG), Dkt. No. 1.] The 2013 Petition was denied. [*See id.*, Dkt. Nos. 4, 6, 7.]

Nevertheless, Petitioner failed to obtain the Ninth Circuit's authorization to file a "second or successive" petition before commencing the instant action. *See* 28 U.S.C. § 2244(b). Thus, the Petition is an unauthorized "second or successive" petition, and the Court must dismiss this action for lack of jurisdiction. *See id.* Moreover, an

"attack on a state court conviction may not be brought in a habeas petition under 28 U.S.C. § 2241 petition." *Tomlinson v. McGrew*, 2014 WL 1512187, at *1-2 (C.D. Cal. Mar. 18, 2014).

Accordingly, **IT IS ORDERED THAT** this action be **SUMMARILY DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS FURTHER ORDERED** that a certificate of appealability be **DENIED** because Petitioner has not shown that jurists of reason would find it debatable whether this Court was correct in its procedural ruling. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 7, 2017

*David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE