# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMON H. DAVIS, III,<br><br>           Petitioner,<br><br>    v.<br><br>DAVE DAVEY,<br><br>           Respondent. | Case No. SA CV 17-0999 DOC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: December 7, 2017       *David O. Carter*

                                             HON. DAVID O. CARTER
                                     UNITED STATES DISTRICT JUDGE